The Law Office of Paula J. Notari
125 Park Avenue, 8th Floor
New York, New York 10017
Tel. (646)943-2172

February 4, 2020

Application granted.  Conference adjourned to March 12, 2020 at 11:30 a.m.

SO ORDERED:

Honorable William H. Pauley, III
United States District Judge
500 Pearl Street
New York, New York 10007

*[signature]*
WILLIAM H. PAULEY III
U.S.D.J.

Re: <u>United States v. Sanchez, et al.</u>,
     19 Cr. 820 (WHP)

February 5, 2020

Dear Judge Pauley:

  I write to request an adjournment of the conference presently scheduled for Thursday, February 6, 2020 for approximately 30 days.  I make this request also on behalf of Thomas Dunn the attorney for Mr. Abreu.  The Government consents to this request. The government has recently provided the defendants with discovery and is in the process of making plea offers to Mr. Sanchez and Mr. Abreu.  Mr. Sanchez has already been made an offer and Mr. Dunn in in the process of negotiating a plea offer with the government on behalf of Mr. Abreu.  The parties with consent from the Government are requesting additional time so that they can further plea negotiations with the Government and our respective clients.

  Based on the foregoing, Mr. Dunn and I both consent to an exclusion of time under the Speedy Trial Act because the ends of justice are best served by the added delay to ensure that defense counsel can be best prepared and available to defend the case and these concerns outweigh the best interests of the public and the defendant to a speedy trial. *See* 18 U.S.C. § 3161(h)(7)(A).

                Respectfully yours,

                /S/

                Paula J. Notari

Cc: Dominic Gentile, Esq. Assistant U.S. Attorney
  Thomas Dunn, Esq.