UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| -against- | : | 19 Cr. 820 (WHP) |
| Roberto Sanchez | : | <u>ORDER</u> |
| Defendants. | : | |

------------------------------------------------------------X

WILLIAM H. PAULEY III, United States Senior District Judge:

       On consent, sentencing is re-scheduled to March 9, 2021 at 11:00 a.m.

Dated: November 23, 2020
       New York, New York

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.