The Law Office of Paula J. Notari
125 Park Avenue, 8th Floor
New York, New York 10017
Tel. (646) 943-2172

February 9, 2021

Honorable William H. Pauley, III
United States District Judge
500 Pearl Street
New York, New York 10007

    Re: <u>United States v. Sanchez, et al.</u>, 19 Cr. 820 (WHP)

Dear Judge Pauley:

    I write with the consent from the Government to respectfully request that sentencing in the above-entitled case currently scheduled for March 9, 2021 be continued to June 29, 2021. In light of the Covid 19- Pandemic, undersigned counsel has been limited in her ability to meet with Mr. Sanchez and to obtain mitigating documentation concerning Mr. Sanchez's upcoming sentencing including medical records which have been difficult to ascertain in light of the pandemic. Additionally, Mr. Sanchez will be seeking an in person sentencing and we are hopeful in the coming months that both counsel and Mr. Sanchez will be able to get the vaccine which is currently being administered in New York but still in short supply.

    Based on the foregoing, the government consents that the Court adjourn Mr. Sanchez's sentencing date until June 29, 2021 and the parties are jointly requesting that Mr. Sanchez be continued on the current terms of release as set forth in this Court's previous order dated March 30, 2020 (ECF Doc. 30) until Mr. Sanchez's sentencing date so long as he continues to be in compliance with the conditions of his pre-trial supervision.

    Respectfully submitted,
    /S/
    Paula J. Notari

Cc: Dominic Gentile, Esq. Assistant U.S. Attorney

Applications granted. Sentencing adjourned to June 29, 2021 at 11:00 a.m. Conditions of release continued.

SO ORDERED:

WILLIAM H. PAULEY III
U.S.D.J.

February 10, 2021