USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/21/21

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States,

–v–

Sanchez, *et al.*,

Defendant.

19-cr-820 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

The Court schedules the sentencing in this matter for October 6, 2021 at 2:00 P.M. The parties are to submit sentencing submissions in accordance with the Undersigned's Individual Practices in Criminal Cases, which is available at https://www.nysd.uscourts.gov/hon-alison-j-nathan.

SO ORDERED.

Dated: July 21, 2021
        New York, New York

_____
ALISON J. NATHAN
United States District Judge

1