USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/11/21

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

—v—

Sanchez,

Defendant.

19-cr-820 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

The Court clarifies that the Order docketed on ECF at Dkt. No. 41 is scheduling a sentencing proceeding only for Defendant Sanchez.

SO ORDERED.

Dated: August 10, 2021
New York, New York

_____
ALISON J. NATHAN
United States District Judge

1