```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/14/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States,

–v–

Roberto Sanchez

Defendant.

19-cr-820 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

The Court has received the stipulated request from Mr. Sanchez to adjourn his sentencing hearing scheduled for October 6, 2021 until October 20, 2021 to obtain documentation that will be presented at the hearing.

The Court hereby grants this request. The sentencing hearing is scheduled for October 20, 2021 at 3:00 p.m.

SO ORDERED.

Dated: September 14, 2021
      New York, New York

_____
ALISON J. NATHAN
United States District Judge