The Law Office of Paula J. Notari
125 Park Avenue, 8th Floor
New York, New York 10017
Tel. (646) 943-2172

February 16, 2022

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/18/2022

Honorable Alison J. Nathan
United States District Judge
500 Pearl Street
New York, New York 10007

Re: <u>United States v. Sanchez, et al.</u>, 19 Cr. 820 (AJN)

Dear Judge Nathan:

      I write with the consent from the Government to respectfully request that sentencing in the above-entitled case currently scheduled for February 25, 2022 be adjourned for the reason set forth below.

      The government in this case allowed Mr. Sanchez to enter a plea of guilty to marijuana in violation of Title 21, United States Code, Section 841(b)(1)(D). As per the plea agreement which the parties negotiated, Mr. Sanchez is facing a 0 to 6 months' imprisonment (the "Stipulated Guidelines Range"). However, in May of 2020 the Pre-Sentence Report (PSR) in the above-entitled case revealed a 2001 conviction for Attempted Robbery that the parties were not aware of that resulted in the Probation Department concluding that Mr. Sanchez was a career offender pursuant to USSG § 4B1.1(b)(6). PSR ¶ 32.

      As we notified the Court in undersigned counsel's last request for adjournment, the Supreme Court granted certiorari in *United States v. Taylor*, 979 F.3d 203 (4th Cir. 2020) which will impact Mr. Sanchez's argument as to whether his 2000 attempted robbery conviction could categorically qualify as a crime of violence in the instant matter. Although arguments were heard by the Supreme Court on December 7, 2021, this case has yet to be decided and, therefore we respectfully ask this Court to adjourn Mr. Sanchez's sentencing to a date in May to give the parties the opportunity to further await and consider the outcome of *Taylor* and its impact on Mr. Sanchez's case. Based on the foregoing, the government consents to Mr. Sanchez's request that the Court adjourn Mr. Sanchez's sentencing date until May 2022 or a date thereafter convenient with the court. The parties are jointly requesting that Mr. Sanchez be continued on the current terms of release as set forth in this Court's previous order dated March 30, 2020 (ECF Doc. 30) until Mr. Sanchez's sentencing date so long as he continues to be in compliance with the conditions of his pre-trial supervision.

**SO ORDERED**

*[signature: Alison J. Nathan]*

2/18/2022

Respectfully submitted,
/S/
Paula J. Notari

Cc: Dominic Gentile, Esq. Assistant U.S. Attorney

---

**Mr. Sanchez's sentencing is adjourned to May 5, 2022 at 11:00 AM.**

**Mr. Sanchez's current terms of release shall continue until his sentencing date so long as he remains in compliance with the conditions of his pre-trial supervision.**